387 A.2d 923

Johnston, Appeal of.

Argued December 8, 1977. James H. Thomas, with him Wenger & Byler, for appellant; John A. Kenneff, Assistant District Attorney, with him D. Richard Eckman, District Attorney, for appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.